**Jake BM GRUENWALD and Nosvidad–Yelrah Gruenwald minors; by Kathleen A. Kindel, their guardian ad litem, Plaintiffs—Appellants,**

v.

**STATE FARM INSURANCE COMPANIES; et al., Defendants—Appellees.**

**No. 01–55764.**

**D.C. No. CV–00–00902–MLH.**

United States Court of Appeals, Ninth Circuit.

Submitted March 11, 2002.*

Decided March 21, 2002.

Before CANBY, BEEZER, and PAEZ, Circuit Judges.

### MEMORANDUM**

Jake B. Gruenwald and Nosdivad–Yelrah Gruenwald, minors, by Kathleen A. Kindel, their guardian ad litem ("Gruenwalds"), appeal the district court's summary judgment, in the Gruenwalds' diversity action for breach of contract. We have jurisdiction pursuant to 28 U.S.C. § 1291. We review the district court's grant of summary judgment de novo. *See Hamilton v. State Farm Fire and Casualty Co.,* 270 F.3d 778, 782 (9th Cir.2001).

We affirm for the reasons stated by the district court in its order dated April 4, 2001.

**AFFIRMED.**

---

1. All pending motions are denied.
* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.